UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

United States of America     PLAINTIFF

v.     CIVIL ACTION 3:22-cv-0136-GHD-RP

Keronique Davis     DEFENDANT

## DEFAULT JUDGMENT

The defendant, Keronique Davis, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 19, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Keronique Davis in the amount of $140,400.00, plus interest on the judgment at the legal rate until the judgment is satisfied. This the 20th day of October, 2022.

David Crews, Clerk of Court

s/ Jennifer L. Adams
Deputy Clerk